HHS HS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HHS HS HHS HHS HHS